# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-2125
_____

WILLIAM JERNIGAN and 21ST
CENTURY MARBLE AND GRANITE,
INC., a Florida corporation,

    Appellants,

    v.

KEN HIGDON HOMES, INC., an
administratively dissolved
Florida corporation; 21ST
CENTURY MARBLE, INC., a
Florida corporation; and
KENNETH R. HIGDON,
Individually,

    Appellees.

_____


On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

September 8, 2022


PER CURIAM.

    AFFIRMED.

LEWIS, TANENBAUM, and LONG, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Brian W. Hoffman and Nathan R. Jurgensen of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC, Pensacola, for Appellants.

Benjamin L. Alexander and Hunter R. Higdon of Tidwell, Higdon, & Associates, PLLC, Pensacola, for Appellees.